**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| WINTERSPRING DIGITAL LLC, | § § § | |
| | § | Case No. 2:23-cv-00244-JRG-RSP |
| Plaintiff, | § § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| CHECK POINT SOFTWARE TECHNOLOGIES LTD., | § § § | |
| | § | |
| Defendant. | § | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiff Winterspring Digital LLC ("Winterspring") by and through its undersigned counsel, hereby dismisses this action as to Defendant Check Point Software Technologies Ltd. (collectively, "Check Point") voluntarily with prejudice by filing this Notice of Dismissal, with each party to bear its own costs and fees.

Dated:  August 2, 2023

Respectfully submitted,

 */s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Road
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

*ATTORNEYS FOR PLAINTIFF*
*WINTERSPRING DIGITAL LLC*